THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY J. PANTANO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued December 1, 1925; decided January 12, 1926.)

APPEAL from a judgment of the Supreme Court, rendered April 27, 1925, at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of murder in the first degree.

*Robert S. Johnstone, John E. Ruston, Stanley L. Richter* and *Marshall Snyder* for appellant.

*Charles J. Dodd, District Attorney* (*Henry J. Walsh* and *James I. Cuff* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.; HISCOCK, Ch. J., CARDOZO and LEHMAN, JJ., dissent and vote for reversal on ground of error in refusals to charge as requested by defendant.